FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 23 2011
JAMES W. McCORMACK, CLERK
By: S Davis
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HAROLD W. CHAFFIN, JR.
d/b/a RIVERSIDE RESORT — PLAINTIFF

v. CASE NO. 1:11cv107 BSM

HARTFORD FIRE INSURANCE COMPANY; and
CRAWFORD & COMPANY — DEFENDANTS

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Crawford & Company gives notice of the removal of this action from the Circuit Court of Fulton County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Northern Division. Removal jurisdiction arising from diversity of citizenship, 28 U.S.C. § 1332, is based on the following:

This case assigned to District Judge Miller
and to Magistrate Judge Young

1. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. On October 19, 2011, plaintiff Harold W. Chaffin, Jr. commenced an action against Hartford Fire Insurance Company ("Hartford") and Crawford & Company ("Crawford") in the Circuit Court of Fulton County, Arkansas, styled *Harold W. Chaffin, Jr. d/b/a Riverside Resort v. Hartford Fire Insurance Company and Crawford & Company*, Case No. CV 2011-106-4. Plaintiff alleges he is entitled to damages against Crawford arising from a policy of insurance issued by separate defendant Hartford.

3. Crawford was served with a copy of the summons and complaint in the state court action on November 3, 2011. A copy of the summons and complaint are attached as

Exhibit A, along with the proofs of service on file with the clerk, dated November 22, 2011, constituting all the process and pleadings that Crawford has received. This Notice of Removal has been filed within thirty (30) days (or the first filing day thereafter) of the first delivery of the summons and complaint to Crawford's registered agent for service.

4. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332(a) because this action is between citizens of different states and the matter in controversy exceeds $75,000, excluding interest and costs.

5. More specifically, plaintiff is a citizen and resident of Fulton County, Arkansas. *See* Complaint at ¶ 1.

6. Crawford is a company incorporated in Delaware and with its principle place of business at Atlanta, Georgia. Upon information and belief, Hartford is a company incorporated with its principle place of business in Connecticut. Crawford and Hartford are therefore deemed to be citizens of states other than Arkansas for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

7. The amount in controversy exceeds $75,000, excluding interests and costs. *See* Complaint demand, including exhibits.

8. The United States District Court for the Eastern District of Arkansas, Northern Division, embraces the county in which the state court action is now pending. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

9. In accordance with 28 U.S.C. § 1446(d), Crawford will file a file-marked copy of this notice of removal with the Circuit Clerk of Fulton County, Arkansas.

10. Undersigned counsel for Crawford states that this removal is well-grounded in

fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendant Crawford & Company removes this action from the Circuit Court of Fulton County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Northern Division, and seeks resolution by this Court of all issues raised herein and for all other proper relief.

WRIGHT, LINDSEY & JENNINGS LLP
3333 Pinnacle Hills Parkway, Suite 510
Rogers, Arkansas 72758-8960
(479) 986-0888
FAX: (479) 986-8932
E-MAIL: cvo@wlj.com

By Caley B. Vo
Caley B. Vo (2004077)
Attorneys for Defendant Crawford & Company

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, a copy of the foregoing was served by U.S. mail on:

Tom Thompson
Casey Castleberry
Murphy, Thompson, Arnold, Skinner & Castleberry
P. O. Box 2595
Batesville, Arkansas 72503

Attorneys for Plaintiff

Caley B. Vo
Caley B. Vo

IN THE CIRCUIT COURT OF FULTON COUNTY, ARKANSAS
CIVIL DIVISION

FILED
OFFICE OF THE
CIRCUIT CLERK
OCT 19 2011
FULTON COUNTY
ARKANSAS

HAROLD W. CHAFFIN, JR.,
d/b/a RIVERSIDE RESORT — PLAINTIFF

VS. Case No. CV-2011-166-4

HARTFORD FIRE INSURANCE COMPANY
and CRAWFORD & COMPANY — DEFENDANTS

COMPLAINT

COMES NOW the plaintiff, Harold W. Chaffin, Jr., d/b/a Riverside Resort, and for his Complaint against the defendants, Hartford Fire Insurance Company and Crawford & Company, he states and alleges as follows:

1. At all times relevant to this Complaint, plaintiff, Harold W. Chaffin, Jr., was a resident of Mammoth Spring, Fulton County, Arkansas.

2. At all times relevant to this Complaint, separate defendant, Hartford Fire Insurance Company (hereinafter referred to as "Hartford"), was a foreign insurance company registered to do business in the State of Arkansas.

3. At all times relevant to this Complaint, separate defendant, Crawford & Company (hereinafter referred to as "Crawford"), was a foreign corporation registered to do business in the State of Arkansas.

4. This Court has jurisdiction over the parties and subject matter hereto, and venue is proper in Fulton County, Arkansas.

EXHIBIT
tabbies
4

5. Plaintiff owns and operates Riverside Resort, a business located on the Spring River, in Fulton County, Arkansas. Riverside Resort offers campground and canoe rental services to its patrons.

6. On or about January 30, 2009, Riverside Resort suffered damage as a result of an ice storm.

7. On January 30, 2009, plaintiff was insured under a policy of insurance (hereinafter referred to as "the Policy") issued by Hartford. (A copy of the Policy and declarations page is attached as Exhibit "A" to this Complaint.)

8. On January 31, 2009, plaintiff reported his damage to his local insurance agent, Gregory P. Doss, with GPD Insurance Agency, LLC.

9. Mr. Doss turned in plaintiff's claim to Hartford.

10. Hartford retained Crawford as an adjuster for plaintiff's claim

11. On or about February 13, 2009, plaintiff and Mr Doss met with David Gosnell, an employee of Crawford, and Mr. Gosnell inspected the damage to plaintiff's property.

12. After inspecting the property, Mr Gosnell represented to plaintiff that the debris removal expense would be covered under the Policy, and he advised plaintiff, in the presence of Mr. Doss, to go ahead and start cleaning up the campground and to do whatever needed to be done to get it open for

business.

13. The following week, Mr Gosnell and Mr. Doss spoke by telephone, and Mr Gosnell advised that "he was already up to $69,000 and change in debris removal expense."

14. Crawford acted as Hartford's agent, and any statements or representations made by Crawford or its employees are imputed to Hartford

15. Plaintiff reasonably relied upon the statements and representations made by Mr. Gosnell, who was acting in the course and scope of his employment with Crawford.

16. In the event a fact-finder determines that Crawford was not Hartford's agent, Crawford is liable to plaintiff based upon plaintiff's detrimental reliance upon the statements and representations of Crawford's employee, which caused plaintiff damage.

17. Hartford has failed and refused to pay for any debris removal expense, claiming that same is not covered under the Policy

18. Hartford's refusal to pay plaintiff constitutes breach of contract for which plaintiff requests judgment over and against Hartford in an amount of $102,583.00, prejudgment interest, 12% penalty per Arkansas Code Annotated §23-79-208, costs, and attorneys' fees.

WHEREFORE, Plaintiff prays that he have and recover judgment against defendant Hartford in an amount of $102,583.00, prejudgment interest, 12% penalty, costs, and attorneys' fees; and against defendant Crawford in the amount of $102,583.00, subject to any credit for payments made by Hartford, and attorneys' fees, and for all other relief to which he may be entitled.

Harold W. Chaffin, Jr.,
d/b/a Riverside Resort, Plaintiff

By: ____________________

Tom Thompson, ABA #77133
Casey Castleberry, ABA #2003019
MURPHY, THOMPSON, ARNOLD,
SKINNER & CASTLEBERRY
Post Office Box 2595
Batesville, Arkansas 72503
(870)793-3821 - telephone
(870)793-3815 - facsimile
aftomt2001@yahoo.com
caseycastleberry2003@yahoo.com

MURPHY, THC

CERTIFIED MAIL
7008 0500 0001 0139 9160

Y

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 005.79⁰
0003109848
NOV 01 2011
MAILED FROM ZIP CODE 72501

UNITED STATES POSTAL SERVICE
U.S. POSTAGE PAID
BATESVILLE, AR
72501
NOV 01, 11
AMOUNT
$0.00
00083356-08
1000
72201

The Corporation Company
Registered Agent for Crawford & Company
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

7220133717 C072

**IN THE CIRCUIT COURT OF FULTON COUNTY, ARKANSAS**
**______________ DIVISION**

Harold Chaffin
DBA- Riverside Resort

**PLAINTIFF(S)**

**NO.** CV **-2011-** 106 **-** 4

**VS.**
Hartford Fire Insurance CO.
and crawford and
company

**DEFENDANT(S)**

**ATTORNEY FOR PLAINTIFFS:**
Murphy, Thompson, Arnold, Skinner + Castleberry
P.O. Box 2595
Batesville, AR. 72503

**TO THE DEFENDANT:** Crawford + Company
Reg. Agent: The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

**NOTICE**

1. **YOU ARE HEREBY NOTIFIED THAT A LAWSUIT HAS BEEN FILED AGAINST YOU; THE RELIEF ASKED IS STATED IN THE ATTACHED COMPLAINT.**

2. **THE ATTACHED COMPLAINT WILL BE CONDIDERED ADMITTED BY YOU AND A JUDGMENT Y DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT ULESS YOU FILE A PLEADING AND THEREAFTER APPEAR AND PRESENT YOUR DEFENSE. YOUR PLEADING OR ANSWER MUST MEET THE FOLLOWING REQUIREMENTS:**

   A) **IT MUST BE IN WRITING, AND OTHERWISE COMPLY WITH THE ARKANSAS RULES OF CIVIL PROCEDURE.**

   B) **IT MUST BE FILED IN THE COURT CLERK'S OFFICE WITHIN** 30 **DAYS FROM THE DATE YOU WERE SERVED WITH THE SUMMONS.**

3. **IF YOU DESIRE TO BE REPRESENTED BY AN ATTORNEY YOU SHOULD IMMEDIATELY CONTACT YOUR ATTORNEY SO THAT AN ANSWER CAN BE FILED FOR YOU WITHIN THE TIME ALLOWED.**

4. **ADDITIONAL NOTICES:______________________**

**WITNESS MY HAND AND SEAL OF THE COURT THIS** 19 **DAY OF** October **, 2011.**

Vickie Bishop

**VICKIE BISHOP, CIRCUIT CLERK**

VICKIE BISHOP OFFICIAL SEAL FULTON COUNTY CLERK

**STATE OF__________________)**

**COUNTY OF_________________)**

**ON THIS______DAY OF_____________, 2009, AT_____________O'CLOCK________ ___M., I HAVE DULY SERVED THE FOREGOING_________________________________________________ STATING THE SUBSTANCE THEREOF TO____________________AS I AM HEREIN COMMANDED.**

______________________________
**SHERIFF**

______________________________
**DEPUTY SHERIFF**

**MILEAGE______________**
**SERVICE______________**
**RETURN_______________**

FILED
OFFICE OF THE
CIRCUIT CLERK
NOV 2 2 2011
FULTON COUNTY
ARKANSAS

IN THE CIRCUIT COURT OF FULTON COUNTY, ARKANSAS
CIVIL DIVISION

HAROLD W. CHAFFIN, JR.,
d/b/a RIVERSIDE RESORT PLAINTIFF

VS. Case No. CV- 2011-106-4

HARTFORD FIRE INSURANCE COMPANY
and CRAWFORD & COMPANY DEFENDANTS

STATE OF ARKANSAS )
COUNTY OF INDEPENDENCE)ss.

**PROOF OF SERVICE**

Comes the undersigned attorney, and after being first duly sworn, states on oath as follows:

That I am the attorney for the plaintiff herein; that I did on November 14, 2011, forward by **Certified Mail No. 7006 3450 0003 9290 7258,** Return Receipt Requested, a copy of the attached summons, along with a copy of the complaint to Hartford Fire Insurance Company, Corporation Service Company, Registered Agent for Service, by placing same in the United States Mail, with sufficient postage thereon, addressed to 300 Spring Building, Suite 900, Spring Street, Little Rock, AR 72201. A copy of the Return Receipt reflecting service thereon is hereto attached, dated 11/16/2011.

WITNESS my hand and seal on this 21st day of November, 2011.

Casey Castleberry, Attorney

Subscribed and sworn to before me this 21st day of November, 2011.

My Commission Expires:
06/06/2018

Notary Public



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE
LITTLE ROCK AR 72201

| | |
|---|---|
| Postage | $ 1.64 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.79 |

Postmark Here 11/14/2011

Sent To Corporation Service Company - Hartford
Street, Apt. No.; or PO Box No. 300 Spring Bldg Ste 900, 300 Spring St.
City, State, ZIP+4 Little Rock, AR 72201

7006 3450 0003 9290 7258

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Reg. Agent: Hartford Fire Ins Co
300 Spring Building, Ste 900
300 Spring Street
Little Rock, AR 72201

COMPLETE THIS SECTION ON DELIVERY

A. Signature

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Express Mail
☐ Registered
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 3450 0003 9290 7258

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

FILED
OFFICE OF THE CIRCUIT CLERK
NOV 2 2 2011
FULTON COUNTY ARKANSAS

IN THE CIRCUIT COURT OF FULTON COUNTY, ARKANSAS
CIVIL DIVISION

HAROLD W. CHAFFIN, JR.,
d/b/a RIVERSIDE RESORT PLAINTIFF

VS. Case No. CV- 2011-106-4

HARTFORD FIRE INSURANCE COMPANY
and CRAWFORD & COMPANY DEFENDANTS

STATE OF ARKANSAS )
COUNTY OF INDEPENDENCE)ss.

**PROOF OF SERVICE**

Comes the undersigned attorney, and after being first duly sworn, states on oath as follows:

That I am the attorney for the plaintiff herein; that I did on November 1, 2011, forward by **Certified Mail No. 7008 0500 0001 0139 9160,** Return Receipt Requested, a copy of the attached summons, along with a copy of the complaint to Crawford & Company, The Corporation Company, Registered Agent for Service, by placing same in the United States Mail, with sufficient postage thereon, addressed to 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201. A copy of the Return Receipt reflecting service thereon is hereto attached, dated 11/03/2011.

WITNESS my hand and seal on this 21st day of November, 2011.

Casey Castleberry, Attorney

Subscribed and sworn to before me this 21st day of November, 2011.

My Commission Expires:
06/06/2018

Melanie Mead
NOTARY PUBLIC
MY COMM. EXP.
ID #12368450
06-06-2018
Independence County, Arkansas

Notary Public

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.44 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.79 |

0201 C
08 Postmark Here
11/01/2011

Sent To: The Corporation Co - Reg Agent: Crawford & C
Street, Apt. No.; or PO Box No.: West Capitol Avenue, Ste. 1900
City, State, ZIP+4: Little Rock, AR 72201

7008 0500 0001 0139 9160

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Corporation Company
Agent for: Crawford & Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Express Mail
☐ Registered
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7008 0500 0001 0139 9160

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540