IN THE CIRCUIT COURT OF FULTON COUNTY, ARKANSAS
CIVIL DIVISION

FILED
OFFICE OF THE
CIRCUIT CLERK

OCT 19 2011

FULTON COUNTY
ARKANSAS

HAROLD W. CHAFFIN, JR.,
d/b/a RIVERSIDE RESORT                                               PLAINTIFF

VS.                              Case No. CV-2011-106-4

HARTFORD FIRE INSURANCE COMPANY
and CRAWFORD & COMPANY                                               DEFENDANTS

## COMPLAINT

COMES NOW the plaintiff, Harold W. Chaffin, Jr., d/b/a Riverside Resort, and for his Complaint against the defendants, Hartford Fire Insurance Company and Crawford & Company, he states and alleges as follows:

1. At all times relevant to this Complaint, plaintiff, Harold W. Chaffin, Jr., was a resident of Mammoth Spring, Fulton County, Arkansas.

2. At all times relevant to this Complaint, separate defendant, Hartford Fire Insurance Company (hereinafter referred to as "Hartford"), was a foreign insurance company registered to do business in the State of Arkansas.

3. At all times relevant to this Complaint, separate defendant, Crawford & Company (hereinafter referred to as "Crawford"), was a foreign corporation registered to do business in the State of Arkansas.

4. This Court has jurisdiction over the parties and subject matter hereto, and venue is proper in Fulton County, Arkansas.



EXHIBIT 4

5. Plaintiff owns and operates Riverside Resort, a business located on the Spring River, in Fulton County, Arkansas. Riverside Resort offers campground and canoe rental services to its patrons.

6. On or about January 30, 2009, Riverside Resort suffered damage as a result of an ice storm.

7. On January 30, 2009, plaintiff was insured under a policy of insurance (hereinafter referred to as "the Policy") issued by Hartford. (A copy of the Policy and declarations page is attached as Exhibit "A" to this Complaint.)

8. On January 31, 2009, plaintiff reported his damage to his local insurance agent, Gregory P. Doss, with GPD Insurance Agency, LLC.

9. Mr. Doss turned in plaintiff's claim to Hartford.

10. Hartford retained Crawford as an adjuster for plaintiff's claim

11. On or about February 13, 2009, plaintiff and Mr Doss met with David Gosnell, an employee of Crawford, and Mr. Gosnell inspected the damage to plaintiff's property.

12. After inspecting the property, Mr Gosnell represented to plaintiff that the debris removal expense would be covered under the Policy, and he advised plaintiff, in the presence of Mr. Doss, to go ahead and start cleaning up the campground and to do whatever needed to be done to get it open for

business.

13. The following week, Mr Gosnell and Mr. Doss spoke by telephone, and Mr. Gosnell advised that "he was already up to $69,000 and change in debris removal expense."

14. Crawford acted as Hartford's agent, and any statements or representations made by Crawford or its employees are imputed to Hartford

15. Plaintiff reasonably relied upon the statements and representations made by Mr. Gosnell, who was acting in the course and scope of his employment with Crawford.

16. In the event a fact-finder determines that Crawford was not Hartford's agent, Crawford is liable to plaintiff based upon plaintiff's detrimental reliance upon the statements and representations of Crawford's employee, which caused plaintiff damage.

17. Hartford has failed and refused to pay for any debris removal expense, claiming that same is not covered under the Policy

18. Hartford's refusal to pay plaintiff constitutes breach of contract for which plaintiff requests judgment over and against Hartford in an amount of $102,583.00, prejudgment interest, 12% penalty per Arkansas Code Annotated §23-79-208, costs, and attorneys' fees.

WHEREFORE, Plaintiff prays that he have and recover judgment against defendant Hartford in an amount of $102,583.00, prejudgment interest, 12% penalty, costs, and attorneys' fees; and against defendant Crawford in the amount of $102,583.00, subject to any credit for payments made by Hartford, and attorneys' fees, and for all other relief to which he may be entitled.

                                              Harold W. Chaffin, Jr.,
                                              d/b/a Riverside Resort, Plaintiff

By: _____
      Tom Thompson, ABA #77133
      Casey Castleberry, ABA #2003019
      MURPHY, THOMPSON, ARNOLD,
       SKINNER & CASTLEBERRY
      Post Office Box 2595
      Batesville, Arkansas 72503
      (870)793-3821 - telephone
      (870)793-3815 - facsimile
      aftomt2001@yahoo.com
      caseycastleberry2003@yahoo.com