IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

HAROLD W. CHAFFIN, JR.,
d/b/a RIVERSIDE RESORT                                             PLAINTIFF

VS.                       Case No. 1:11-CV-107-BSM

HARTFORD FIRE INSURANCE COMPANY
and CRAWFORD & COMPANY                                             DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between the parties in the above styled case that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled cause of action should be dismissed with prejudice, each party to bear his and its own costs and fees.

By: _____
Casey Castleberry, ABA #2003109
MURPHY, THOMPSON, ARNOLD,
  SKINNER & CASTLEBERRY
P.O. Box 2595
Batesville, AR 72503
(870)793-3821 - telephone
(870)793-3815 - facsimile
caseycastleberry2003@yahoo.com
   *Attorney for Plaintiff*

By: _____
Gene Williams, ABA#85170
SMITH, WILLIAMS, & MEEKS, LLP
Arvest Bank Building
500 Broadway Place, Suite 404
Little Rock, AR 72201
(501)372-0401 - telephone
gene@kawlaw.net
   *Attorney for Defendant Hartford*
   *Fire Insurance Company*

By: _____
Caley B. Vo, ABA#2004077
WRIGHT, LINDSEY & JENNINGS LLP
333 Pinnacle Hills Parkway, Suite 510
Rogers, AR 72758-8960
(479)986-0888 - telephone
(479)986-8932 - facsimile
cvo@wlj.com
   *Attorney for Defendant Crawford & Company*